# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL RAMOS, | Case No. 1:24-cv-01575-JLT-SAB |
| Plaintiff, | ORDER RE: STIPULATION TO STAY MATTER TO COMPLETE ARBITRATION AND VACATING ALL PENDING DATES |
| v. | |
| MACY'S INC., et al., | (ECF No. 9) |
| Defendants. | |

Plaintiff filed this action on December 20, 2024. (ECF No. 1.) On March 10, 2025, the parties filed a stipulation to stay this action to allow for the completion of arbitration. (ECF No. 17.) The parties proffer that they have reached an agreement to submit all disputed matters in this action to binding arbitration. While the Court finds good cause to grant the motion to stay this action, the Court notes that the parties have given no indication when the arbitration will be completed. Therefore, the Court will order the parties to file an application for confirmation of the arbitrator's award or a status report by September 10, 2025, and at that time, the Court will consider whether to impose a recurring joint status report schedule.

///

///

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulation to stay this matter pending completion of arbitration (ECF No. 9) is GRANTED;
2. All pending dates in this matter are VACATED;
3. This matter is STAYED for the parties to complete arbitration; and
4. The parties shall either file an application for confirmation of the arbitrator's award, or a status report, on or before September 10, 2025.

IT IS SO ORDERED.

Dated: __March 11, 2025__

STANLEY A. BOONE
United States Magistrate Judge