# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL RAMOS, | Case No. 1:24-cv-01575-JLT-SAB |
| Plaintiff, | ORDER REGARDING JOINT STATUS REPORT AND IMPOSING RECURRING JOINT STATUS REPORT SCHEDULE |
| v. | |
| MACY'S INC., et al., | (ECF Nos. 10, 11) |
| Defendants. | **NOVEMBER 10, 2025 DEADLINE** |

On March 11, 2025, the Court entered a stay of this case pending the completion of arbitration. (ECF No. 10.) The Court generously gave the parties through September 10, 2025, to file an application for confirmation of the arbitrator's award or a status report. (Id.) Based on the report, the Court notified the parties that it would consider imposing a recurring joint status report schedule. (Id.) On September 10, 2025, the parties filed a joint status report indicating that the only activity that has occurred over six months is that Plaintiff has initiated arbitration with the American Arbitration Association. (ECF No. 11.) However, no arbitration date has been set, nor even has an arbitrator been selected by the parties. (Id.) The parties have requested a further joint status report deadline of 120 days. Given the rate of progress, the Court does not find good cause for such an extension. Rather, the Court will impose a recurring joint status report schedule, requiring that the parties submit a joint status report every 60 days updating the Court on the status of the arbitration until the arbitration is completed.

Accordingly, IT IS HEREBY ORDERED that the parties shall have through **November 10, 2025**, to file an application for confirmation of the arbitrator's award or a joint status report. Should the parties file a joint status report, a subsequent joint status report shall be due **every 60 days** thereafter until the arbitration is completed.

IT IS SO ORDERED.

Dated:  **September 11, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2