# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL RAMOS,<br><br>    Plaintiff,<br><br>  v.<br><br>MACY'S INC., et al.,<br><br>    Defendants. | Case No. 1:24-cv-01575-JLT-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 16)<br><br>**MARCH 31, 2026 DEADLINE** |

Pursuant to the Court's September 11, 2025 order, the parties filed a joint status report regarding the status of arbitration in this matter on March 10, 2026. (ECF No. 16.) The parties state that they have reached a settlement in principle, which is undergoing final review and execution. Thus, the Court construes the status report as a notice of settlement.

Accordingly, pursuant to the notice, it is HEREBY ORDERED that all pending matters and dates in this action are VACATED. Plaintiff shall file, or ensure the filing of, dispositional documents no later than **March 31, 2026**. See L.R. 160(b). Any request for an extension shall be supported by good cause. Id.

IT IS SO ORDERED.

Dated:    **March 11, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge