# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

GABRIEL RAMOS,

        Plaintiff,

    v.

MACY'S INC., et al.,

        Defendants.

Case No. 1:24-cv-01575-JLT-SAB

ORDER RE STIPULATION TO CONTINUE DEADLINE TO FILE DISPOSITIONAL DOCUMENTS

(ECF No. 18)

Before the Court is Plaintiff's request for an extension of time to file dispositional documents. (ECF No. 18.) For good cause shown, the Court hereby grants the request and ORDERS that Plaintiff shall have through **April 23, 2026**, to file dispositional documents. Any further extension must be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated:   **April 1, 2026**

                       STANLEY A. BOONE
United States Magistrate Judge